**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SENN MOSES, an Individual,    ) | CV 07-04137 ODW (SSx) |
|        Plaintiff,    ) | |
|    ) | |
| vs.    ) | |
|    ) | JUDGMENT FOR DEFENDANTS |
| THE NIELSEN CO., INC., (FORMERLY  ) | |
| VNU, INC.), a New York State    ) | |
| Corporation; ADMIN. COMM OF THE  ) | |
| VNU, INC. CAREER TRANSITION    ) | |
| PLAN; VNU, INC. CAREER    ) | |
| TRANSITION PLAN,    ) | |
|    ) | |
|        Defendants.    ) | |
| _____) | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     In light of this Court's October 22, 2008 Order GRANTING Defendants' Motion for Summary Judgment and DENYING Plaintiff's Motion for Summary Judgment, judgment is hereby entered in favor of Defendants and against Plaintiff.

IT IS SO ADJUDGED.

DATED:     October 22, 2008           _____

                                     OTIS D. WRIGHT II
                                     UNITED STATES DISTRICT JUDGE